# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

ANGELA MARIE KUKULOFF,

    Plaintiff,

v.           CIVIL ACTION NO. 3:17-4624

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## MEMORANDUM OPINION AND ORDER

   This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Plaintiff's request for judgment on the pleadings (ECF No. 9); grant the Commissioner's request for judgment on the pleadings (ECF No. 10); affirm the decision of the Commissioner; dismiss this action, with prejudice, and remove it from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

   Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's request for judgment on the pleadings (ECF No. 9); **GRANTS** the Commissioner's request for judgment on the pleadings (ECF No. 10); **AFFIRMS** the decision of the Commissioner; **DISMISSES** this action, with prejudice, and removes it from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: November 28, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE